■ TAYLOR-BOLANE ASSOCIATES, INC., Respondent, v NICHOLAS C. GAGLIANO, Appellant.—Order unanimously affirmed without costs for reasons stated in decision at Supreme Court,

Crew, J. (Appeal from Order of Supreme Court, Monroe County, Crew, J.—Summary Judgment.) Present—Doerr, J. P., Boomer, Balio, Lawton and Davis, JJ.